OPINION — AG — THE ATTORNEY GENERAL CONCLUDES THAT IF SUCH PRIVATE CLUB STORES AND/OR SELLS INTOXICATING LIQUORS, AND IF ANY OF THE MEMBERS OF THE BAND EMPLOYED BY IT ARE UNDER THE AGE OF EIGHTEEN YEARS, THEN THE PERSON OR PERSONS RESPONSIBLE FOR SUCH EMPLOYMENT MIGHT WELL BE ACTING IN VIOLATION OF THE STATUTES QUOTED ABOVE. CITE: 37 O.S. 1961 243 [37-243], 21 O.S. 1961 856 [21-856], 21 O.S. 1961 857 [21-857] (CHARLES OWENS)